AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

IN CLERKS OFFICE

DISTRICT OF __Massachusetts__

2003 DEC 17 P 12:06

U.S. DISTRICT COURT
DISTRICT OF MASS

Barrow Industries Inc.

V.

J. C. Penney Company, Inc.
and
Victoria Classics Ltd.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

03 12240 REK

TO: (Name and address of defendant)

J. C. Penney Company, Inc.
6501 Legacy Drive
Plano, TX  75024-3698

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

I. Stephen Samuels
Samuels, Gauthier & Stevens LLP
225 Franklin Street, Suite 3300
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK OF MASS.

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | November 24 2003  11:30 AM |
| NAME OF SERVER (PRINT)  PAUL FREEMAN | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): J.C. Penney Company, Inc by delivering to Angie Jensen, Paralegal, at 6501 Legacy Drive, Plano TX 75024

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  85.- | TOTAL  85.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  November 24 2003
Date

Signature of Server: Paul Freeman

CPS Companies
P.O. Box 743875
Dallas, Texas 75374-3875
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.