# United States District Court

DISTRICT OF __Massachusetts__

IN CLERKS OFFICE
2003 DEC 17 P 12: 06
U.S. DISTRICT COURT
DISTRICT OF MASS.

Barrow Industries Inc.

V.

J. C. Penney Company, Inc.
and
Victoria Classics Ltd.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

03 CV 12240 REK

TO: (Name and address of defendant)

Victoria Classics Ltd.
277 Fifth Avenue
New York, NY  10016

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

I. Stephen Samuels
Samuels, Gauthier & Stevens LLP
225 Franklin Street, Suite 3300
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

NOV 1 3 2003

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | November 14, 2003 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| I. Stephen Samuels | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **Served on Harley I. Lewin, Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166, attorney for defendant Victoria Classics Ltd., who agreed in writing to accept service on behalf of Victoria Classics Ltd.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **December 15, 2003**
Date

*Signature of Server* — I. Stephen Samuels

225 Franklin Street, Suite 3300
Boston, MA 02110
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.