## SAMUELS & HIEBERT LLC

ATTORNEYS AT LAW
TRADEMARKS AND COPYRIGHTS

225 FRANKLIN STREET, SUITE 3300
BOSTON, MASSACHUSETTS 02110-2898
U.S.A.

TELEPHONE 617-426-9181
EXT. 107

FAX 617-426-2275
E-MAIL: ISS@SamuelsTM.com

March 25, 2004

Clerk
U.S. District Court for
 the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: Barrow Industries Inc. v. J. C. Penney Company, Inc.
 and Victoria Classics Ltd.
 C.A. No. 03-12240-REK

Dear Sir/Madam:

Pursuant to FRCP 55(a), because both defendants have failed to plead or otherwise defend, and this fact is clear from defendants' failure to file any pleadings in this case, plaintiff requests that the Clerk enter both defendants' default. Thank you.

Respectfully submitted,

I. Stephen Samuels
B.B.O. No. 440200
Samuels & Hiebert LLC
225 Franklin Street, Suite 3300
Boston, MA 02110-2898
Tel: 617 426-9181
Fax: 617 426-2275
Email: ISS@SamuelsTM.com
Attorney for Plaintiff

Certificate of Service

I hereby certify that a true copy of the foregoing document was served upon the attorneys for the other parties by first-class mail on March 25, 2004.

I. Stephen Samuels

209.04G