IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Barrow Industries Inc.,
    Plaintiff

v.

J. C. Penney Company, Inc.
    and
Victoria Classics Ltd.,
    Defendants

Civil Action No. 03-12240-REK

### NOTICE OF DISMISSAL WITH PREJUDICE

Please take notice that the above-entitled action is hereby dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Date: May 3, 2004

*/s/ I. Stephen Samuels*
I. Stephen Samuels
B.B.O. No. 440200
Samuels & Hiebert LLC
225 Franklin Street, Suite 3300
Boston, MA  02110
Tel: 617-426-9181 (Ext. 107)
Fax: 617-426-2275
Email: ISS@SamuelsTM.com
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorneys for the other parties by first-class mail on May 3, 2004.

*/s/ I. Stephen Samuels*
I. Stephen Samuels

298.04G